C. STEWART HOFFMAN et al., executors, &c., appellants,

*v.*

JOSEPH APGAR et al., respondents.

[Decided January 5th, 1934.]

*Messrs. McCarter & English,* for the appellants.

*Mr. Ryman Herr, Messrs. Peer & Mahr* and *Mr. Arthur I. Robinson,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan, and reported in *113 N. J. Eq. 233, sub nom. Apgar* v. *Hoffman.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 15.

*For reversal*—None.